**Order entered June 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00301-CR**

**TRAMON LEONTRA MONTRELL WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F20-76304-I**

**ORDER**

Before the Court is court reporter Sasha Brooks's request for a thirty-day extension of time to file the reporter's record. Judgment was entered on April 1, 2022, and a timely motion for new trial was filed on May 2, 2022, making the reporter's record due on August 1, 2022. *See* TEX. R. APP. P. 4.1(a); 26.2(a)(2); 35.2(b).

We **DENY** the request as premature.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE